Actually, this is Jim Ellis, and he told me something that I've been hearing a lot. In case you didn't get the call earlier, he said, I said, hi, Jim. And he said, you know what, Jim? We'll put you on the phone. We'll put you on the phone. We'll put you on the phone. And he said, you know what, Jim? We'll put you on the phone. And he said, all right. Yeah. Thank you. Okay. Thank you very much. I really appreciate this. Thank you. Thank you. Thank you. Thank you. Thank you. See you. See you. Okay.
judges: Reinhardt, Kozinski, Thomas, McKeown, Wardlaw, Gould, Callahan, Ikuta, Nguyen, Hurwitz, Friedland